UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COREY FORTMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEBT ASSISTANCE NETWORK, LLC,<br><br>　　　　　Defendant. | CIVIL JUDGMENT<br><br>CASE NO. 3:20-cv-5019-RJB |

____  **Jury Verdict.**  This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.**  This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- The Plaintiff's motion (Dkt. 26) should be granted and Plaintiff should be awarded $37,012.50 in attorneys' fees and $3,835.63 in costs for a total of $40,848.13;

- There are no other outstanding matters to be handled in this case;

Judgment

1
- This case IS CLOSED.

2  Dated this 21ˢᵗ day of June, 2021.

3                                    William M. McCool
                                     Clerk of Court
4
                                      s/Tyler Campbell
5                                    Tyler Campbell, Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Judgment